UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:21-cv-09794-JWH (SK)                                               Date: April 11, 2022

Title   Tre Christopher Roberts v. Los Angeles City County et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff filed a complaint against the City and County of Los Angeles, the Los Angeles Police Department and Sheriff's Department, and individual law enforcement officers. (ECF 1). On January 26, 2022, the Court advised Plaintiff that he must serve the Summons and Complaint in compliance with Federal Rule of Civil Procedure 4 on all named Defendants in this action within 90 days from the filing of the Complaint—by March 20, 2022. (ECF 8 at 2). He was also ordered to file proof of service within 15 days of the date of service. (*Id.*). Plaintiff was advised that failure to timely serve Defendants could lead to the dismissal of the action. (*Id.*). *See* Fed. R. Civ. P. 4(m).

As of the date of this order, Plaintiff has not filed any proof of service or request for extension of the deadline for service. Plaintiff is thus ORDERED TO SHOW CAUSE on or before **April 25, 2022**, why this action should not be dismissed for failure to prosecute and failure to effectuate service of process.

Failure to file a timely response to this Order will result in involuntary dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 4(m), 41(b); L.R. 41-1. If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) using the attached form CV-9.

**IT IS SO ORDERED.**