JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRE CHRISTOPHER ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY et al., <br><br> Defendants. | CASE NO. 2:21-cv-09794-JWH (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

DATED: May 2, 2022

HON. JOHN W. HOLCOMB
U.S. DISTRICT JUDGE